(October 18, 1983)

■ JIMMIE VARGAS, an Infant, by His Mother and Natural Guardian, CLARA VARGAS, Appellant, v CITY OF NEW YORK et al., Defendants, and JOHN DORIS ELECTRICAL CONTRACTORS AND ENGINEERS, Respondent. — Order of the Supreme Court, New York County (Kirschenbaum, J.) entered January 4, 1983, denying plaintiff's motion for a default judgment against defendant John Doris Electrical Contractors and Engineers, unanimously modified, without costs, on the law, the facts and in the exercise of discretion, to condition such denial upon the payment of $1,000 costs, within 20 days after service of a copy of the order to be entered herein, with notice of entry. In the event the payment is not made within the time specified, the order appealed from is reversed and the motion granted, with costs. Defendant Doris, which had been in default in making answer to plaintiff's complaint for a substantial period of time, avers that on December 8, 1982, it telephoned the office of plaintiff's attorneys to request an extension of time to answer. It asserts that none of the attorneys were in and that it obtained an oral stipulation from one of the secretaries extending its time to answer to January 8, 1983. Its answer was served on December 21, 1982. Thereafter, plaintiff moved for the entry of a default judgment contending that no such stipulation was ever agreed upon. In light of the recent amendments to CPLR 2005 and 3012 (subd [d]) (L 1983, ch 318), it was appropriate for Special Term to excuse the default of Doris. However, we are of the opinion that costs, in the sum of $1,000, should have been imposed to compensate plaintiff for the annoyance and delay occasioned to him and we modify accordingly. Concur — Murphy, P. J., Sullivan, Ross, Silverman, and Bloom, JJ.

■ EILEEN SCHNOCK, Respondent, v A. H. ROBINS Co., INC., Appellant — Appeal from order, Supreme Court, New York County (Jerome Marks, J.), entered on September 16, 1982, unanimously dismissed as moot, without costs and without disbursements. (*Abrams v Community Servs.*, 76 AD2d 765.) No opinion. Concur — Murphy, P. J., Asch, Fein, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOANNE CHAPMAN, Appellant. — Judgment, Supreme Court, New York County (John Leonforte, J.), rendered on December 17, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Asch, Silverman, Bloom and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN SCHWARTZ, Appellant. — Judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered on May 4, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Alexander, JJ.